AO 458 (Rev. 10/95) Appearance.

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number: O4-M-221-JLA

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   David Jorden

I certify that I am admitted to practice in this court.

5/21/04
Date

_Signature_

Thomas Drechsler       134840
Print Name                                    Bar Number

50 Redfield St.
Address

Boston             MA           02122
City               State        Zip Code

617-265-3900              617-265-3627
Phone Number              Fax Number

FILED
In Open Court
USDC, Mass.
Date 5-21-04
By GG
Deputy Clerk