UNITED STATES DISTRICT COURT

_____DISTRICT OF MASSACHUSETTS_____

FILED
IN CLERKS OFFICE
2004 JUN 29 P 2:05
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA

V.

DAVID JORDAN

WARRANT FOR ARREST

CASE NUMBER: MJ04-M-221 JLA

TO:   The United States Marshal
and any Authorized Officer of the United States

YOU ARE HEREBY COMMANDED to arrest DAVID JORDAN
                                               Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment   [ ] Information   [X] Complaint   [ ] Order of Court   [ ] Violation Notice   [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to possess with intent to distribute over 500 grams of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 846.

JOYCE LONDON ALEXANDER
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_Signature of Issuing Officer_

May 20, 2004 BOSTON, MASSACHUSETTS
Date and Location

Bail fixed at $ _____ by _____

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 04/20/2004

AO 442 Warrant for Arrest