**NOTICE OF CANCELLATION**
COMMONWEALTH INSURANCE
ONE BILLINGS RD STE 3
NORTH QUINCY MA 02171
00012


**TRAVELERS**

| Producer's Code | Issue Date | Office |
|---|---|---|
| 0HG620 | 03/15/2008 | 011 |

| Date of Cancellation | Policy Number |
|---|---|
| 04/14/2008 | 947410656 633 1 |

**MORTGAGEE**
CLERK, US DISTRICT COURT
1 COURTHOUSE WAY
BOSTON MA 02210-3002

**NAMED INSURED**
DAVID JORDAN
KRISTEN JORDAN
123 SPRING ST
STONEHAM    MA    02180

Loan Number:

Location of Property:
123 SPRING ST
STONEHAM    MA    02180

Insurer: The Phoenix Insurance Company

## NOTICE OF CANCELLATION

**PLEASE TAKE NOTICE THAT THE POLICY DESIGNATED ABOVE HAS BEEN CANCELLED. YOUR INTEREST UNDER THE POLICY IS CANCELLED AS OF THE DATE OF CANCELLATION ABOVE.**

MORTGAGEE COPY

PL-13303 2-07                                    1020080305CYNNNNNN